UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIICO HOWELL,

            Plaintiff,

   -against-

SLUTTY VEGAN, INC.,

           Defendant.

25-CV-2716 (JHR) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    On April 2, 2025, Plaintiff Riico Howell commenced this litigation by filing a complaint (the "Complaint") against Defendant Slutty Vegan, Inc. (*See* ECF 3.) On April 8, 2025, Plaintiff timely served Defendant with the summons and Complaint. (*See* ECF 11.) Defendant was therefore required to respond to the Complaint by April 29, 2025. (*See id.*) To date, Defendant has not responded to the Complaint.

    I am sua sponte extending the deadline for Defendant to respond to the Complaint nunc pro tunc until **May 16, 2025**. Plaintiff is directed to serve by **May 8, 2025**, the summons, the Complaint, and a copy of this Order on Defendant. Service shall be made by registered mail at Defendant's Delaware registered agent and to any place(s) of business of Defendant that are known to Plaintiff, and by any email addresses used by Defendant and known to Plaintiff. Plaintiff shall file proof of such service on the docket by **May 9, 2025**.

DATED: May 1, 2025
             New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge