UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIICO HOWELL,<br><br>              Plaintiff,<br><br>    -against-<br><br>SLUTTY VEGAN, INC.,<br><br>              Defendant. | 25-CV-2716 (JHR) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 2, 2025, Plaintiff Riico Howell commenced this litigation by filing a complaint (the "Complaint") against Defendant Slutty Vegan, Inc. (*See* ECF 3.) On April 8, 2025, Plaintiff timely served the summons and Complaint on Defendant, and Defendant was required to respond to the Complaint by April 29, 2025. (*See* ECF 11.) On May 1, 2025, I ordered Plaintiff, by May 8, 2025, to serve on Defendant the summons, the Complaint, and a copy of the May 1, 2025 order, and I extended Defendant's time to respond to the Complaint to May 16, 2025. (*See* ECF 12, Order.) To date, Defendant has not responded to the Complaint.

On June 10, 2025, I ordered Defendant to show cause by July 10, 2025 why I should not order Plaintiff to seek default judgment against Defendant for failure to defend this action. (*See* ECF 34.) I directed Plaintiff to serve the order to show cause on Defendant and to file proof of service by June 12, 2025. (*See* ECF 36.) To date, Defendant has not responded to the order to show cause.

Accordingly, Plaintiff is directed to begin the process for seeking a default judgment against Defendant for failing to defend this action by **August 8, 2025**. Plaintiff shall follow the procedure for seeking a default judgment outlined in Rule 5.H and Attachment A of Judge

Rearden's Individual Rules and Practices in Civil Cases, available at

https://nysd.uscourts.gov/hon-jennifer-h-rearden.


DATED:  July 18, 2025                              SO ORDERED.
        New York, NY

                                                  **ROBYN F. TARNOFSKY**
                                                  United States Magistrate Judge