# LEGAL SERVICES NYC | BROOKLYN

August 7, 2025

United States Magistrate Judge Hon. Robyn F. Tarnofsky
Daniel Patrick Moynihan, United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Courtroom: 9B

**Re: 25-CV-2716 (JHR)(RFT), RIICO HOWELL V. SLUTTY VEGAN, INC.**

Dear Hon. Judge Tarnofsky:

    We represent Plaintiff in the above action and are in receipt of your Order of July 18, 2025 (ECF Doc. No. 40) directing us to begin the process of seeking a default judgment in this proceeding by **August 8, 2025**. We are writing to request a short adjournment of two weeks, to **August 22, 2025**, to submit the motion for default judgment in accordance with Attachment A of Hon. Judge Rearden's Individual Rules and Practices of Civil Cases.

    We sincerely apologize for failing to honor the two business day requirement outlined in number 2(E) of Judge Rearden's Rules. While we worked diligently to meet tomorrow's deadline, and fully intended to timely submit the motion, a severe staff shortage has meant that we have been unable to calculate our client's damages and our fees with the exactitude required by and owed to this Court.

    This is our first request for an extension of time. As the request pertains to a motion for a default judgment, there is no prejudice to Defendant and no future scheduled appearances at this time. Thank you very much for your consideration.

Respectfully,

Erin Evers
Senior Staff Attorney
Pronouns: she/her/hers
LGBTQ Advocacy/Comprehensive Rights Unit
Brooklyn Legal Services
105 Court Street, 4th Floor
Brooklyn, NY 11201
Phone/fax/text: (718) 233-6386

---

Application GRANTED. The deadline for Plaintiff to begin the process for seeking a default judgment against Defendant is extended until **August 22, 2025**.

The Clerk of Court is respectfully requested to terminate ECF 41.

Dated:  August 8, 2025
           New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

---

## Demand Justice.

**Brooklyn Legal Services** | 105 Court Street, Brooklyn, NY 11201
Phone: 718-237-5500 | Fax: 718-855-0733 | www.LegalServicesNYC.org
**Hon. Betty Staton**, President | **Tanya Wong**, Project Director
**Monica Corrine Moran, Esq.**, Board Chair | **Michael L. Williams**, Vice Chair



LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION