UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIICO HOWELL,<br><br>                   Plaintiff,<br><br>  -against-<br><br>SLUTTY VEGAN, INC.,<br><br>                  Defendant. | 25-CV-2716 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       On October 7, 2025, I directed Plaintiff to file a supplemental submission in support of Plaintiff's motion for default judgment by October 22, 2025. (ECF 50.) On October 22, 2025, Plaintiff filed a renewed motion for default judgment with the required supplemental submission. (ECF 51.) Plaintiff subsequently served the renewed motion for default judgment on defaulting Defendant by email and through Defendant's registered agents. (*See* ECF 52; ECF 53; ECF 54; ECF 55.)

       Plaintiff is directed to further effect service at all of Defendant's last known business addresses and by all additional email addresses used by Defendant and known to Plaintiff, and to file proof of such service on the docket, by **November 26, 2025.**

DATED:  November 19, 2025
              New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge