UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

RIICO HOWELL,

Plaintiff,

Docket No. 25-CV-2716
(JHR) (RFT)

- against -

**APPEARANCE OF COUNSEL**

SLUTTY VEGAN, INC.

Defendant,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

To: The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff Riico Howell.

Dated: July 27, 2026
Brooklyn, New York

BROOKLYN LEGAL SERVICES
By: Sarah M. Telson, Esq.
*Attorneys for Plaintiff Riico Howell*
105 Court St., 4th Fl.
Brooklyn, NY 11201
Phone & Fax: (646) 237-7757
stelson@lsnyc.org