**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

RIICO HOWELL.,

Plaintiff,

-against-

SLUTTY VEGAN, INC.,

Defendant.

---------------------------------------------------------------------X

25 **CIVIL** 2716 (JHR)(RFT)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2026, the Report and Recommendation is adopted in part. Plaintiff is awarded judgment in the amount of $220,017.82—consisting of $19,378.80 in back pay, $55,000.00 in emotional distress damages, $120,000.00 in punitive damages, and $23,040.00 in attorneys' fees and costs—as well as prejudgment interest on the back pay award only, from April 19, 2024 until the date of entry of judgment in the amount of $2,599.02 and post-judgment interest on the judgment to be calculated at the current rate of 4.46% until paid.

**Dated:** New York, New York
October 16, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**